IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA FELLER** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO. 1:CV-05-591** |
| v. : | **Judge Kane** |
| : | |
| **ZEPLIN SECURITY GROUP, INC.** : | |
| : | |
| **Defendant** : | |

## ORDER

**AND NOW**, this  2nd  day of June  , 2005, upon referral to mediation, **IT IS HEREBY ORDERED THAT** the case management deadlines are **STAYED** for sixty (60) days pending a report of the mediator. A telephone conference shall be held on August 4, 2005, at 9:30 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call. If settlement is reached through mediation prior to August 4, 2005, counsel shall notify the Court by telephone at (717) 221-3990.

                                                                  S/ Yvette Kane
                                                                 Yvette Kane
                                                                 United States District Judge